# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:22-CV-167-RJC-DCK

| | |
|---|---|
| ADRIANNA ESTHER BLACKWELL, as Administratrix of the Estate of D.W., | )<br>)<br>) |
| Plaintiff, | )  ORDER |
| v. | )<br>)<br>) |
| GARRY L. MCFADDEN, et al., | )<br>) |
| Defendants. | )<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion To Excuse Attendance Of Defendants From Mediation" (Document No. 74) filed May 6, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting that neither the Plaintiff nor the mediator object, the undersigned will grant the motion.

Defendants note that they will be represented at the mediation by "counsel for all defendants, Mecklenburg County Sheriff's Office attorneys George Guise and Marilyn Porter, and Mecklenburg County Division of Insurance and Risk Management representative Tammy Wrobleski, as well as adjusters for Defendants Guess and Moore, and Defendants Page and Webster." (Document No. 75, p. 2).

**IT IS, THEREFORE, ORDERED** that the "Motion To Excuse Attendance Of Defendants From Mediation" (Document No. 74) is **GRANTED**. Defendants Garry McFadden, Dwight Weller, Tiffany Williams, Akeem Comas, Henrietta Saunders, Charles Moore, Tammy Guess, and Angie Webster are excused from attending the parties' mediation on **May 23, 2024**.

**SO ORDERED**.

Signed: May 6, 2024

*/s/ David C. Keesler*
David C. Keesler
United States Magistrate Judge