# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case No. 3:22-CV-167-RJC-DCK

ADRIANNA ESTHER BLACKWELL, as
Administratrix of the Estate of D.W,

    Plaintiff,

v.

GARRY L. MCFADDEN, DWIGHT
DWAYNE WELLER, TIFFANY PARKER
WILLIAMS, AKEEM DWAYNE COMAS,
HENRIETTA SAUNDERS, CHARLES
MOORE, TAMMY GUESS, KIM
COWART, SAMUEL PAGE, ANGIE
WEBSTER, LIBERTY MUTUAL
INSURANCE, and PLATTE RIVER
INSURANCE COMPANY

    Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST DEFENDANTS SAMUEL PAGE, ANGIE WEBSTER, AND LIBERTY MUTUAL INSURANCE**

/

Plaintiff ADRIANNA ESTHER BLACKWELL, as Administratrix of the Estate of D.W and Defendants Samuel Page, Angie Webster, and Liberty Mutual Insurance by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the DISMISSAL with prejudice, and without an award of costs or fees to any party, of all of Plaintiff's claims against Defendants Samuel Page, Angie Webster, and Liberty Mutual Insurance in this action.

Respectfully submitted,

| ADRIANNA ESTHER BLACKWELL, as Administratrix of the Estate of D.W | Samuel Page, Angie Webster, and Liberty Mutual Insurance |
|---|---|
| By: */s/ Micheal L. Littlejohn Jr.*<br>Micheal L. Littlejohn Jr.<br>North Carolina Bar No. 49353<br>LITTLEJOHN LAW, PLLC<br>P.O. Box 16661<br>Charlotte, North Carolina 28297-6661<br>Telephone: (704) 322-4581<br>Facsimile: (704) 625-9396<br>E-mail: mll@littlejohn-law.com<br>Attorney for Plaintiff | By: */s/ Jake Stewart*<br>Jake Stewart<br>NORTH CAROLINA Bar No.: 51157<br>CRANFILL SUMNER LLP<br>P.O. Box 30787<br>Charlotte, NC 28230<br>Telephone: (704) 940-3441<br>Facsimile: (704) 831-5514<br>Email: jstewart@cshlaw.com<br>Attorney for Defendants |

Date: October 31, 2024

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:22-CV-167-RJC-DCK

ADRIANNA ESTHER BLACKWELL, as
Administratrix of the Estate of D.W,

        Plaintiff,

v.

GARY MCFADDEN et al.,

        Defendants.

_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on Thursday, October 31, 2024, I filed a true and correct copy of the Stipulation Of Dismiss With Prejudice Of Claims Against Defendants Samuel Page, Angie Webster, And Liberty Mutual Insurance with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the counsel attorney of record.

                                            */s/ Micheal L. Littlejohn*
                                            Micheal L. Littlejohn Jr.
                                            Attorney for Plaintiff