**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
Case No. 3:22-CV-167-RJC-DCK

ADRIANNA ESTHER BLACKWELL, as Administratrix of the Estate of D.W,

Plaintiff,

v.

GARRY L. MCFADDEN, DWIGHT DWAYNE WELLER, TIFFANY PARKER WILLIAMS, AKEEM DWAYNE COMAS, HENRIETTA SAUNDERS, CHARLES MOORE, TAMMY GUESS, KIM COWART, SAMUEL PAGE, ANGIE WEBSTER, LIBERTY MUTUAL INSURANCE, and PLATTE RIVER INSURANCE COMPANY

Defendants.

______________________________________/

**STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST DEFENDANTS GARRY MCFADDEN, DWIGHT WELLER, TIFFANY WILLIAMS, AKEEM COMAS, HENRIETTA SAUNDERS, AND PLATTE RIVER INSURANCE COMPANY**

Plaintiff Adrianna Esther Blackwell, as Administratrix of the Estate of D.W and Defendants Garry McFadden, Dwight Weller, Tiffany Williams, Akeem Comas, Henrietta Saunders, and Platte River Insurance Company by their attorneys and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the DISMISSAL with prejudice, and without an award of costs or fees to any party, of all of Plaintiff's claims against these Defendants in this action.

Respectfully submitted,

ADRIANNA ESTHER BLACKWELL, as Administratrix of the Estate of D.W

By: _/s/ Micheal L. Littlejohn Jr._

Micheal L. Littlejohn Jr.
North Carolina Bar No. 49353
LITTLEJOHN LAW, PLLC
P.O. Box 16661
Charlotte, North Carolina 28297-6661
Telephone: (704) 322-4581
Facsimile: (704) 625-9396
E-mail: mll@littlejohn-law.com
Attorney for Plaintiff

Garry L. McFadden et. al.

By: _/s/ Sean F. Perrin_

Sean F. Perrin
N.C. State Bar No.: 22253
Womble Bond Dickinson, LLP
301 S. College St., Suite 3500
Charlotte, NC 28202
Email: sean.perrin@wbd-us.com
*Attorney for Defendants Garry L. McFadden, Dwight Dwayne Weller, Tiffany Parker Williams, Akeem Dwayne Comas, Henrietta Saunders, and Platte River Insurance Company*

Date: January 23, 2025

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
Case No. 3:22-CV-167-RJC-DCK

ADRIANNA ESTHER BLACKWELL, as Administratrix of the Estate of D.W,

Plaintiff,

v.

GARY MCFADDEN et al.,

Defendants.
____________________________________/

**CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, January 23, 2025, I filed a true and correct copy of the Stipulation Of Dismissal With Prejudice Against Defendants Garry McFadden, Dwight Weller, Tiffany Williams, Akeem Comas, Henrietta Saunders, and Platte River Insurance Company with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorney of record:

Jake Stewart
Cranfill Sumner LLP
P.O. Box 30787
Charlotte, NC 28230
Email: jstewart@cshlaw.com
*Attorneys for Defendants Samuel Page, Angie Webster, and Liberty Mutual Insurance*

Sean F. Perrin
Womble Bond Dickinson, LLP
301 S. College St., Suite 3500
Charlotte, NC 28202
Email: sean.perrin@wbd-us.com
*Attorney for Defendants Garry L. McFadden, Dwight Dwayne Weller, Tiffany Parker Williams, Akeem Dwayne Comas, Henrietta Saunders, and Platte River Insurance Company*

Ann C. Rowe
Davis & Hamrick, L.L.P.
P.O. Drawer 20039
Winston-Salem, NC 27120-0039
Telephone: (336) 725-8385, ext. 116
Facsimile: (336)723-8838
E-mail: arowe@davisandhamrick.com
*Attorney for Defendants Charles Moore and Tammy Guess*

*/s/ Micheal L. Littlejohn Jr.*
Micheal L. Littlejohn Jr.
Attorney for Plaintiff